Ex. No. 1332. STATE *v.* GERARD T. OUIMETTE. Defendant ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

Ex. No. 1518. STATE *v.* JOHN E. CARILLO. Defendant is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

Ex. No. 1623. STATE *v.* HENRY ROSE. Defendant is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

Ex. No. 1626. STATE *v.* DOMENIC PICOZZI. Defendant is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *John P. Bourcier,* for defendant.